**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Petitioner,**

v.                                             **Case No. 8:08-mc-59-T-23MSS**

**JEFFERY L. WILLIAMS,**

    **Respondent.**

## REPORT AND RECOMMENDATION

**THIS CAUSE** comes on for consideration of the Government's Petition to enforce an IRS Summons (the "Petition"). (Dkt. 1) On September 12, 2007, the Internal Revenue Service served a summons on Respondent requiring him to testify and provide documents related to his tax liabilities for the years 2000 and 2001 and the collectibility of his tax obligations as of the current time period. Respondent has failed to comply with respect to the year 2001, and the Government seeks judicial enforcement of the summons.

The Undersigned directed Respondent to appear before the Court to show cause why he should not be compelled to comply with the summons. Respondent appeared at the hearing, which was held on July 30, 2008, before the Undersigned. At the hearing, Respondent was directed to appear at a deposition scheduled for August 18, 2008, at 8:30 A.M. Upon request of the Government, the Undersigned permitted the summons to be amended to reflect that Respondent is to provide current financial disclosure from the period January 1, 2008, to the date of the scheduled deposition. Additionally, Respondent is to provide all other requested documents and information concerning the 2001 tax year. The Respondent waived his right to object to the Report and Recommendation.

Upon consideration, the Undersigned **REPORTS** and **RECOMMENDS** that the Government's Petition (Dkt. 1) should be **GRANTED**. Respondent should be directed to appear at a deposition scheduled for August 18, 2008, at 8:30 A.M. and directed to produce all documents requested in the IRS summons from January 1, 2008, to the date of the scheduled deposition and any other financial documents concerning the 2001 tax year.

**RESPECTFULLY RECOMMENDED** in Tampa, Florida, on this 4th day of August 2008.

MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:

Presiding District Court Judge
Counsel of record